Nicholas J. Henderson, OSB#074027
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| In re:<br><br>ALAN T. HICKS, and<br>SUSAN B. HICKS,<br><br>             Debtors. | Case No. 10-34631-rld13<br><br>Chapter 13<br><br>NOTICE OF INTENT TO SELL PERSONAL PROPERTY |
|---|---|

Debtors Alan and Susan Hicks, by and through counsel Nicholas J. Henderson, propose to take the following action:

Debtors intend to sell the 2007 Dodge 3500, VIN #3D7MX38C17G720528, to Dave Farwell, an individual who has no relation to Debtors. The sale price is $18,000, with $14,000 to be paid through the Chapter 13 plan. The Debtors will retain $4,000 from the sale price to be used for basic living expenses.

YOU ARE NOTIFIED that unless you file an objection to this notice no later than 21 days after the service date, **and set forth** the specific grounds for the objection and your relation to the case, with the clerk of the court at 1001 SW Fifth Avenue, Suite 700, Portland, Oregon 97204 and serve it on the Debtors, c/o Nicholas J. Henderson, 117 SW Taylor Street, Suite 200, Portland, Oregon 97204, the undersigned will proceed to take the proposed action, or apply for an order if required, without further notice or a hearing.

Page 1 – NOTICE OF INTENT TO SELL PERSONAL PROPERTY

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: (503) 417-0500
Facsimile: (503) 417-0501

DATED: June 22, 2012.                    MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB # 074027
Attorney for Debtors

On June 22, 2012, I served copies of the above notice on:

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- JESSE A BAKER jbaker@piteduncan.com, ecforb@piteduncan.com
- ALANE A BECKET notices@becket-lee.com
- BRIAN M BORN bborn@turnbullborn.com
- Wayne Godare c0urtmai1@portland13.com, c0urtmai1@portland13ct.com
- NICHOLAS J HENDERSON nhenderson@portlaw.com, csturgeon@portlaw.com, sdoberneck@portlaw.com, tsexton@portlaw.com
- Sheryl K Ith sith@cookseylaw.com, lkindsfather@cookseylaw.com
- JOHN F PATTON jpatton@cookseylaw.com
- LINH K TRAN bline.chapter13@blinellc.com
- HOLGER UHL bknotice@mccarthyholthus.com, huhl@mccarthyholthus.com
- US Trustee, Portland USTPRegion18.PL.ECF@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**B-Line, LLC**
P.O. Box 91121
Dept. 550
SEATTLE, WA 98111-9221

**East Bay Funding, LLC**
c/o Resurgent Capital Services
PO Box 288
Greenville, SC 29603

**PRA Receivables Management LLC**
POB 41067
Norfolk, VA 23541

Page 2 – NOTICE OF INTENT TO SELL PERSONAL PROPERTY

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: (503) 417-0500
Facsimile: (503) 417-0501

**Recovery Management Systems Corp**
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131

                              MOTSCHENBACHER & BLATTNER, LLP

                              /s/ Nicholas J. Henderson
                              Nicholas J. Henderson, OSB # 074027
                              Attorney for Debtors

Page 3 – NOTICE OF INTENT TO SELL PERSONAL PROPERTY

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: (503) 417-0500
Facsimile: (503) 417-0501